UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KENDRA COLLINS, MINOR CHILD, and JADA L. SCHULER, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:17 CV 2 ) |
| HARRY C. BRUNSTETTER and URS MIDWEST, INC., | ) ) ) ) |
| Defendants. | ) |

## OPINION and ORDER

On March 30, 2020, the court granted, in part, and denied, in part, defendants' motion for summary judgment. (DE # 53.) Both the discovery deadline and the dispositive motion deadline have passed. No agreement was reached at a settlement conference before Magistrate Judge Joshua P. Kolar. (DE # 58.)

The court now **TERMINATES** the referral of Magistrate Judge Kolar. Plaintiff's motion for a hearing to set a trial date is **DENIED.** (DE # 61.) The court will set this case for trial under separate order.

**SO ORDERED.**

Date: September 29, 2020

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT